CEM: USAO# 2021R00622
JTM 10.22.21

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEWIS ISMAEL BLANDON,<br><br>Defendant. | CRIMINAL NO. GLR-21-cr-428<br><br>(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a) and (e); Coercion and Enticement, 18 U.S.C. § 2422(b) and 2427; Distribution/Receipt of Child Pornography, 8 U.S.C. §§ 2252A(a)(2) and (b)(1); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Transfer of Obscene Matter to a Minor 18 U.S.C. § 1470, Forfeiture, 18 U.S.C. §§ 1467, 2253 and 2428) |

## INDICTMENT

### Counts One and Two
### (Sexual Exploitation of a Minor)

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment:

### General Allegations

1. Defendant **LEWIS ISMAEL BLANDON** (hereinafter **"BLANDON"**), was born in 1983, and resided in Edgewood, Harford County, Maryland. He was employed as a music teacher with Baltimore City Public Schools.

2. Minor Victim #1 was a 15-year-old male, and was a resident of Missouri.

3. Minor Victim #2 was a 16-year-old male, and was a resident of Maryland.

4. Minor Victim #3 was a 16-year-old male, and was a resident of New Jersey.

### Sexually Explicit Communications with Minor Males

5. **BLANDON** operated and used several different online accounts with social

media companies such as Kik, Instagram, Grindr and Snapchat. **BLANDON** used a variety of aliases and handles on these platforms, including "Kyle Kepecci," "JaggRock," "stormageddon83," and "kyle_kapecc2020," to communicate with other social media users. Beginning no later than December, 2020, **BLANDON** often used these social media accounts to meet and/or communicate with minor males.

6. **BLANDON** used a Kik account handle name "JaggRock." **BLANDON** belonged to a Kik chat group called "#boivid." **BLANDON** used this same Kik account to persuade, induce, entice and coerce minor males, including Victim #1, to engage in sexually explicit conduct. During these internet-based communications, **BLANDON** caused, and attempted to cause, Victim #1 to produce images that depicted lascivious display of the minor male's genitals in addition to visual depictions of the minor male engaged in sexually explicit conduct.

7. **BLANDON** used Instagram to receive depictions of Victim #2 engaging in sexually explicit conduct, including the lascivious displays of the minor male's genitals and anus.

8. **BLANDON** used Snapchat to receive depictions of Victim #3 engaging in sexually explicit conduct, including the lascivious displays of the minor male's genitals.

### The Charges

9. On or about the dates listed below, each instance being a separate count, in the District of Maryland or elsewhere, the defendant

**LEWIS ISMAEL BLANDON**

did employ, use, persuade, include, entice, and coerce the minor victims listed below to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such a visual depiction would be transported and transmitted using any means and facility of

interstate and foreign commerce, and such visual depictions have actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate or foreign commerce, and attempted to do so as follows:

| | Date | Details |
|---|---|---|
| 1 | On or about August 1, 2021 | **BLANDON**, using Kik text messaging, caused the production of an image of Victim #1 fully nude lying on a bed or piece of furniture with an erect penis:<br><br>• eb67ec67-4162-4398-b2b6-dd78bf7e7b0d |
| 2 | On or about August 16, 2021 | **BLANDON**, using Kik text messaging, caused the production of a series of visual depictions which included two images of Victim #1's erect penis, an image of Victim #1's anus as well as a video of Victim #1 touching his own anus with his fingers and touching his erect penis:<br><br>• 44d0e7da-c649-42d7-94ab-fbd24a0df1f6<br>• 5d415022-90dd-4da7-bb51-0a3a67da154b<br>• 6aaee5ce-a3a4-4ad2-80a5-9335c50980ef<br>• 12b9f85e-e150-4fcf-b9b5-28ea719aa7ce |

18 U.S.C. § 2251(a) and (e)
18 U.S.C. § 2

3

## Counts Three and Four
### (Coercion and Enticement)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations in Counts One to Four are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

did knowingly use, and attempt to use, a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce minors to engage in sexual activity for which any person could be charged with a criminal offense, to wit: on the dates listed below, **BLANDON** used his Kik, Instagram, Grindr and Snapchat internet-based accounts to persuade, induce, entice and coerce the minor victims indicated below, to engage in sexually explicit conduct on camera and to send **BLANDON** the resulting images and videos via the internet, and attempted to do so, in violation of 18 U.S.C. §§ 2251(a) and 2252A(a)(2), and Md. Code, Crim. Law § 11-207(a)(1), as follows:

| Count | Date | Victim |
| --- | --- | --- |
| 3 | On or about August 1, 2021 | Victim #1 |
| 4 | On or about August 16 2021 | Victim #1 |

18 U.S.C. §§ 2422(b) and 2427

## Counts Five - Eight
### (Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations of Counts One to Four are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

did knowingly receive, and attempt to receive, any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct: to wit, **BLANDON** used his Kik, Instagram, Grindr and Snapchat internet-based accounts to receive visual depictions of the minor victims listed below, engaged in sexually explicit conduct:

| Count | Date | Victim | Description |
|---|---|---|---|
| 5 | On or about August 1, 2021 | Victim #1 | 1 image depicting the lascivious display of Victim #1's genitals<br><br>• eb67ec67-4162-4398-b2b6-dd78bf7e7b0d |
| 6 | On or about August 16, 2021 | Victim #1 | 3 images and 1 video which included the depictions of the lascivious display of Victim #1's genitals or Victim #1 masturbating.<br><br>• 44d0e7da-c649-42d7-94ab-fbd24a0df1f6<br>• 5d415022-90dd-4da7-bb51-0a3a67da154b<br>• 6aaee5ce-a3a4-4ad2-80a5-9335c50980ef<br>• 12b9f85e-e150-4fcf-b9b5-28ea719aa7ce |

| Count | Date | Victim | Description |
|---|---|---|---|
| 7 | On or before July 30, 2021 | Victim #2 | 1 video including the lascivious display of Victim #2's genitals and anus<br><br>• 0bb0853215209ef035daf068a951c657 |
| 8 | On or before July 21, 2020 | Victim #3 | 1 video including the lascivious display of Victim #3's genitals<br><br>• IMG_3456.MOV |

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

## Count Nine - Twelve
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

## LEWIS ISMAEL BLANDON,

did knowingly distribute any material that contained an image child pornography using any means and facility of interstate and foreign commerce, and that had been mailed and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, and so shipped and transported, by any means including by computer, the production of which material involved the use of a minor engaged in sexually explicit conduct and which material was of such conduct: to wit, **BLANDON** used his "JaggRock" Kik internet-based account to distribute visual depictions of a minor listed below, engaged in sexually explicit conduct:

| Count | Date | Description |
|---|---|---|
| 9 | On or about July 15, 2021 | A video of a prepubescent male being anally penetrated by another male, sent via Kik from **BLANDON** to another Kik user:<br><br>• 15872aad-9bf8-40ee-afcf-1387c2145975.mp4 |
| 10 | On or about December 4, 2020 | A video, approximately three minutes and fifty-five seconds in length, titled "Deep Boy Fuck. 3.55.avi," depicting a pre-pubescent boy being anally penetrated by another male, sent from **BLANDON**'s Kik account, via a Mega link, to other Kik users in a chat group called "boivid." |
| 11 | On or about December 4, 2020 | A video, approximately two minutes and thirty seconds in length, titled "Sammy 3 2.31 mpg," depicting a prepubescent boy masturbating with a ball gag in his mouth and his legs and arms partially restrained, sent from **BLANDON**'s Kik account, via a Mega link, to other Kik users in a chat group called "boivid" |

| Count | Date | Description |
|---|---|---|
| 12 | On or about December 4, 2020 | A video, approximately seventeen minutes and nine second in length, titled "Sany Lollipop in Heaven. 17.09.mp4," depicting an adult male putting his mouth on the penis of a male toddler during a diaper change, sent from **BLANDON**'s Kik account, via a Mega link, to other Kik users in a chat group called "boivid." |

18 U.S.C. §§ 2252A(a)(2) and (b)(1)

## Counts Thirteen - Fifteen
### (Transfer of Obscene Matter to a Minor)

The Grand Jury for the District of Maryland further charges that:

1. The allegations set forth in paragraphs one through eight of the General Allegations are incorporated by reference herein.

2. On or about the dates listed below, each being a separate count, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

by any facility and means of interstate and foreign commerce, knowingly attempted to, and did transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, that is **BLANDON** used his "JaggRock" internet based Kik account to send a picture of what he represented was his penis to an individual the defendant believed to be a minor male under the age of 16, as follows:

| Count | Date | Description |
|---|---|---|
| 13 | On or about August 1, 2021 | An image of **BLANDON** holding his own penis, sent to Victim #1: d7f32596-0cbc-4251-8162-067c240b3ce6 |
| 14 | On or about August 16, 2021 | An image of **BLANDON** holding his own penis, sent to Victim #1: c6f46411-66c0-4901-9b41-db453f3db6b0 |
| 15 | On or about August 16, 2021 | An image of **BLANDON** exposing his own penis, sent to Victim #1: 92192b8c-d562-454a-bceb-ac306388a898 |

18 U.S.C. § 1470

## Count Sixteen
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 30, 2021, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a cell phone, iPhone XS Max, Serial Number F2LXP0DEKPHH, made in China, containing one or more visual depictions of minors engaged in sexually explicit conduct

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## Count Seventeen
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about August 30, 2021, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a cell phone, iPhone 4, Serial Number C8TJQPXNDP0V, made in China, containing one or more visual depictions of minors engaged in sexually explicit conduct

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## Count Eighteen
**(Possession of Child Pornography)**

The Grand Jury for the District of Maryland further charges that:

On or about August 30, 2021, in the District of Maryland and elsewhere, the defendant,

**LEWIS ISMAEL BLANDON,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: an Alienware laptop, service tag JF145R1, made in China, that contained one or more visual depictions of prepubescent minors engaged in sexually explicit conduct

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 1467, 2253, and 2428, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One – Eighteen of this Indictment.

### Sexual Exploitation of Children and Receipt of Child Pornography Forfeiture

2. Upon conviction of any of the offenses set forth in Counts One and Two, and Five through Twelve, and Sixteen through Eighteen of this Indictment, the defendant,

**LEWIS ISMAEL BLANDON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

    a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Coercion and Enticement Forfeiture

3. Upon conviction of any of the offenses set forth in Counts Three and Four of this Indictment, the defendant,

**LEWIS ISMAEL BLANDON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a):

13

      a.    any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

      b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

### Transfer of Obscene Matter to a Minor Forfeiture

4. Upon conviction of any of the offenses set forth in Counts Thirteen to Fifteen of this Indictment, the Defendant,

**LEWIS ISMAEL BLANDON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 1467(a):

      a.    any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71;

      b.    any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offense; and

      c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

### Property Subject to Forfeiture

5. The property to be forfeited includes, but is not limited to, the following items seized from the defendant's residence in Edgewood, Maryland, on or about August 30, 2021:

    a.    iPhone XS Max, Serial Number F2LXP0DEKPHH

    b.    Alienware laptop, service tag JF145R1

    c.    iPhone 4, Serial Number C8TJQPXNDP0V

### Substitute Assets

6. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. §§ 1467, 2253, 2428
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek Barron / [signature]*
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

Date: 10/26/2021

15